UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AIDA VELEZ,<br><br>                      Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                      Defendant. | Civil Action No. 4:11-cv-1620<br><br>**JURY DEMAND REQUESTED** |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, NCO Financial Systems, Inc. ("NCO"), which hereby removes from the Eleventh Judicial Circuit Court of St. Charles County, Associate Division, State of Missouri, the following described lawsuit, and respectfully states as follows:

1.      NCO is the only defendant in a civil action filed by plaintiff, Aida Velez, in the Circuit Court of St. Charles County, Associate Judge Division, State of Missouri captioned as *Aida Velez v. NCO Financial Systems,* Inc., Case No. 1111-CV07578 (hereinafter the "State Court Action").

2.      Pursuant to 28 U.S.C. §§ 1441 and 1446, NCO removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3.      The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the Fair Debt Collection Practices Act (FDCPA)*,* 15 U.S.C. § 1692, *et seq.*

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

5. NCO was served with summons and the State Court Action Complaint on August 25, 2011. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by NCO and is therefore timely filed under 28 U.S.C. § 1446(b).

6. A copy of all process, pleadings and orders served upon NCO in the State Court Action is being filed with this Notice and is attached hereto as Exhibit A.

WHEREFORE, NCO Financial Systems, Inc. removes the case styled *Aida Velez v. NCO Financial*, Case No. 1111-CV07578, from the Eleventh Judicial Circuit Court of St. Charles County, Associate Judge Division, State of Missouri, on this 19th day of September, 2011.

        Respectfully Submitted,

/s/ Edward S. Meyer
Edward S. Meyer   #3849MO
Dean C. Nichols  #48739MO
Christopher E. Meyer #5269957MO
PITZER SNODGRASS, P.C.
Attorney for Defendant
NCO Financial Systems, Inc.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 19th day of September, 2011 to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 19th day of September, 2011; **James W. Eason**, Attorney for Plaintiff, 1141 South Seventh Street, St. Louis, MO 63104.

/s/Edward S. Meyer