UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AIDA VELEZ | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 4:11-cv-1620 |
| NCO FINANCIAL SYSTEMS, INC. | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Aida Velez, and defendant, NCO Financial Systems, Inc. ("NCO"), jointly stipulate to the dismissal of all claims against NCO, each party to bear her/its own costs. This dismissal is with prejudice as to the named plaintiff but without prejudice to the putative class members.

Dated: March 29, 2012.

s/ James W. Eason
JAMES W. EASON, #57112MO
EASON & VOYTAS, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

and

RICHARD A. VOYTAS, #52046MO
EASON & VOYTAS, LLC
1141 South Seventh Street
St. Louis, Missouri 63104
Phone: (314) 304-9444
Fax:    (314) 667-3161

/s/ Justin H. Homes
Justin H. Homes, PHV
Bryan C. Shartle, PHV
Sessions Fishman Nathan & Israel LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 7002
Telephone No.: (504) 828-3700

and

Edward S. Meyer  #3849MO
Dean C. Nichols  #48739MO
Christopher E. Meyer  #5269957MO
PITZER SNODGRASS, P.C.
100 South Florida Street, Suite 400
St. Louis, MO 63102-1821
(314) 335-1341

So Ordered

/s/ John A. Ross
3/30/2012

(314) 421-3144 (Fax)

Attorneys for Defendant,
NCO Financial Systems, Inc.